# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ADRIANY ALEJANDRA BOHORQUEZ BRAVO | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-3994-S-BK |
| | § | |
| WARDEN PRAIRIELAND DETENTION CENTER, ET AL. | § | |
| | § | |

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and Order to Show Cause ("Motion") [ECF No. 5]. Because the Motion requests Petitioner's release from custody, it improperly seeks the ultimate relief sought in the pending Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 3]. *See Peters v. Davis*, No. 6:17-CV-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 28, 2018) ("[T]he purpose of a preliminary injunction is not to give a plaintiff the ultimate relief he seeks[.]" (citation omitted)). Accordingly, the Court **DENIES** the Motion to the extent it seeks a temporary restraining order. The underlying Petition remains pending and referred to the Magistrate Judge.

**SO ORDERED.**

SIGNED November 16, 2026.

**UNITED STATES DISTRICT JUDGE**